UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV No. 07-113 ABC (RZx) | Date | January 3, 2008 |
|---|---|---|---|
| Title | (Denise M Padovani) Chad Throne et al. v. Citicorp Investment Services Inc et al. | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Irene Ramirez | None Present | |
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     MOTION TO CONSOLIDATE  (In Chambers)

Plaintiff's Motion to Consolidate is currently set for Monday, January 7, 2008, at 10:00 a.m. The Court **CONTINUES** the matter to **Monday, January 14, 2008, at 10:00 a.m.**

                                                                        _____ : _____
                                                                        Initials of Preparer     IR