# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD THRONE individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITICORP INVESTMENT SERVICES, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 07-113-ABC (RZx)<br>Case No. CV 07-7160-ABC (RZx)<br><br>Hon. Audrey B. Collins<br><br>~~[PROPOSED]~~ JUDGMENT |
| NICHOLAS TCHIKOVANI,<br><br>Plaintiff,<br><br>vs.<br><br>CITICORP INVESTMENT SERVICES, and Does 1 through 100,<br><br>Defendants. | |

1

**IT IS HEREBY ORDERD, ADJUDGED, AND DECREED THAT:**

Pursuant to Federal Rule of Civil Procedure 58, judgment is entered in *Throne v. Citicorp Investment Services, Inc., et al.*, Case No. CV 07-113-ABC (RZx) and *Tchikovani v. Citicorp Investment Services, et al.*, Case No. CV 07-7160-ABC (RZx) on the terms set forth in the following orders:

1. Order Denying Tchikovani's Motion for Attorneys' Fees, entered as Docket No. 18 in Case No. CV 07-7160-ABC (RZx); and

2. Revised Order Granting Final Approval of Class Action Settlement and Awarding Attorneys' Fees, Litigation Expenses and Class Representative Enhancements, entered as Docket No. 67 in Case No. CV 07-113-ABC (RZx) and Docket No. 20 in Case No. CV 07-7160-ABC (RZx).

DATED: 2/2/0̸

HON. AUDREY B. COLLINS
U.S.D.J.

753223